**DISMISS; Opinion Filed January 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00024-CV

### IN RE JOSHUA LAPAUL WALTON, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-19709**

# MEMORANDUM OPINION

Before Justices Schenck, Partida-Kipness, and Nowell
Opinion by Justice Nowell

Before the Court is relator's January 8, 2020 petition for writ of mandamus challenging certain orders and actions by the associate judge in the underlying suit affecting the parent-child relationship.

We do not have mandamus jurisdiction over an associate judge. TEX. GOV'T CODE ANN. § 22.221(b) (providing for mandamus jurisdiction over a judge of a district or county court); *In re Johnson*, No. 05-16-00212-CV, 2016 WL 825732, at *1 (Tex. App—Dallas, March 3, 2016, orig. proceeding) (court lacked jurisdiction compelling associate judge to take action on motion to recuse); *In re Oberheiden*, No. 05–15–00565–CV, 2015 WL 2197958, at *1 (Tex. App.—Dallas May 11, 2015) (court lacked jurisdiction to grant writ of mandamus compelling associate judge to vacate order).

We dismiss the petition for lack of jurisdiction.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

200024F.P05